UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARY MARINA MURPHY,  )
　　　　　　　　　　　 )
　　　　　　Plaintiff, )   CASE NO. C07-997-BHS-MJB
　　　　　　　　　　　 )
　　v.　　　　　　　　 )   ORDER GRANTING SECOND
　　　　　　　　　　　 )   EXTENSION OF TIME
MICHAEL J. ASTRUE,   )
Commissioner of Social Security )
　　　　　　　　　　　 )
　　　　　　Defendant. )
＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿)

Based upon the Stipulation between the parties, and good cause having been shown, it is hereby ORDERED that the briefing schedule is extended as follows:

• Defendant's responsive brief to be filed on or before January 18, 2008.

• Plaintiff's reply brief to be filed on or before February 1, 2008.

**No further extensions will be granted without a showing of good cause**.

DATED this 19th day of December, 2007.

　　　　　　　　　　　　　　　　　_/s/ M. Benton_____
　　　　　　　　　　　　　　　　　MONICA J. BENTON
　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER GRANTING SECOND
EXTENSION OF TIME - 1