# United States District Court

WESTERN DISTRICT OF WASHINGTON

MARY MARINA MURPHY

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: C07-997BHS

___  **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That Plaintiff's Motion is Granted and Plaintiff is awarded attorneys' fees in the amount of $5,342.08 and $26.54 in expenses, for a total of $5,368.62, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.  Plaintiff is also awarded $71.05 in costs under 28 U.S.C. § 1920.  The check(s) shall be mailed to Plaintiff's attorney's office.

|  |  |
|---|---|
|    June 4, 2008    |    BRUCE RIFKIN    |
| Date | Clerk |
|  | *s/Caroline M. Gonzalez* |
|  | Deputy Clerk |